# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 05, 2018

Rene D. Meyer
25846 Vandemark Avenue
Sioux Falls, SD  57033

     RE:  18-2898  Rene D. Meyer v. Judge Patrick Schroeder, et al

Dear Ms. Meyer:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

                Michael E. Gans
                Clerk of Court

MH

Enclosure(s)

cc:    Mr. Robert B. Anderson
        Mr. Justin L. Bell
        Mr. James Ellis Moore
        Mr. Matthew W. Thelen

        District Court/Agency Case Number(s):   4:18-cv-04037-KES

**Caption For Case Number:   18-2898**

Rene D. Meyer

       Plaintiff - Appellant

v.

Judge Patrick Schroeder; Judge Eric Johnson; Minnehaha County, Inc.; Minnehaha State's Attorney's Office; Aaron McGowan; State of South Dakota, Inc.; Marty Jackley, Attorney General; Minnehaha Public Defender's Office; Lisa Capellupo

       Defendants - Appellees

**Addresses For Case Participants:   18-2898**

Ms. Rene D. Meyer
25846 Vandemark Avenue
Sioux Falls, SD  57033

Mr. Robert B. Anderson
Mr. Justin L. Bell
MAY & ADAM
503 S. Pierre Street
P.O. Box 160
Pierre, SD  57501-0160

Mr. James Ellis Moore
WOODS & FULLER
300 S. Phillips Avenue
P.O. Box 5027
Sioux Falls, SD  57117-5027

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
Room 128
400 S. Phillips Avenue
Sioux Falls, SD  57104-0000